Baker Leshko Saline & Blosser, LLP
Attorneys for Plaintiffs
One North Lexington Avenue
White Plains, NY 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VALERIE A. SCHER and PRESTON S. SCHER,

                  Plaintiffs,                  07 Civ. 03847 (WP-4)

             -against-                  **AFFIDAVIT OF SERVICE**

SANDALS RESORTS INTERNATIONAL, LTD.
and UNIQUE VACATIONS, INC.,

                  Defendants.
-----------------------------------------------------------------x

    MITCHELL J. BAKER, being duly sworn, deposes and says, I am over eighteen (18) years of age, I reside in the County of Westchester, State of New York and am not a party to this action.

    On May 17, 2007, I served the within Summons and Complaint upon Sandals Resorts International, 5 Kent Avenue, Jamaica, Montego Bay, WI by Federal Express International.

                                                      MITCHELL J. BAKER

Sworn to before me this
21st day of May, 2007

Joan Marshall Cresap
NOTARY PUBLIC

JOAN MARSHALL CRESAP, ESQ.
Notary Public, State of New York
No. 02CR-4965905
Qualified in Westchester County
My Commission Expires April 30, 2010