David B. Newman, Esq. (DN9577)
Amish R. Doshi, Esq. (AD5996)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Telephone: 212-297-5800
Facsimile: 212-916-2940

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALERIE A. SCHER AND PRESTON S. SCHER,<br><br>Plaintiff,<br><br>-against-<br><br>SANDALS RESORTS INTERNATIONAL LTD, and UNIQUE VACATIONS, INC.,<br><br>Defendants. | **CASE NO. 07 CIV 3847**<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. Pro. 7.1, Defendant Unique Vacations, Inc. discloses that it is a Florida corporation and Defendant Sandals Resorts International, Ltd discloses that it is a foreign corporation. None of the Defendants are publicly held corporations and no publicly held corporation holds 10% of either Defendants' stock

Dated: June 22, 2007
      New York, NY

**DAY PITNEY LLP**
**ATTORNEYS FOR DEFENDANTS**

By: __/S/ AMISH R. DOSHI_____
    David B. Newman (DN9577)
    Amish R. Doshi (AD5996)
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 297-5800
    Facsimile: (212) 916-2940
    Email: dnewman@daypitney.com

1540090A01062207