David B. Newman, Esq. (DN9577)
Amish R. Doshi, Esq. (AD5996)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Telephone: 212-297-5800
Facsimile: 212-916-2940

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALERIE A. SCHER AND PRESTON S. SCHER,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SANDALS RESORTS INTERNATIONAL LTD,<br>and UNIQUE VACATIONS, INC.,<br><br>                    Defendants. | **CASE NO. 07 CIV 3847**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

    Lee Herb, having been duly sworn, deposes and says:

    1.    I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: Day Pitney LLP, 7 Times Square, New York, New York 10036.

    2.    On this date I served a document entitled **RULE 7.1 STATEMENT** on the interested party by regular mail in a sealed envelope addressed to the persons listed below:

> Mitchell John Baker
> Baker, Leshko, Saline & Blosser, LLP
> One North Lexington Avenue
> White Plains, NY 10601

    3.    I caused such envelope to be deposited in the mail at New York, New York. The envelopes were mailed with proper postage thereon fully prepaid.

1539494A04062207

     I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated:  June 22, 2007

                                            _____/s Regina Thomas_____
                                                 REGINA THOMAS

Sworn to before me this
22nd day of June, 2007


_____/s/ Amish R. Doshi_____
Notary Public

2