# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

August 3, 2007

## SCHEDULING ORDER
07CV3847(WP4)(LMS)

**Mitchell John Baker**
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601

**Amish R. Doshi**
Day Pitney, L.L.P. (Times Square)
Times Square Tower
7 Times Square
New York, NY 10036

The matter of **SCHER -V- SANDALS RESORT INTERNATIONAL, ET.AL** has been scheduled for a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on September 10, 2007 at 9:15AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**
***Please notify all other parties of this appearance.***
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

Lisa Margaret Smith
U.S.M..J.