UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
**VALERIE A. SCHER AND PRESTON S. SCHER,**
             :  **Civ. No. 07-3847**
      **Plaintiffs,**
 vs.
             :  <u>**AFFIDAVIT OF SERVICE**</u>
**SANDALS RESORTS INTERNATIONAL, LTD.,**
**AND UNIQUE VACATIONS, INC.,**

      **Defendants.**
---------------------------------------------------------------x

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  CAROL-ANN STANLEY, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Day Pitney LLP.

  On August 6, 2007, I caused to be served the **DEFENDANTS' RESPONSES TO PLAINTIFFS' DOCUMENT DEMAND,** upon the party listed below by First Class Mail, by depositing a copy of same, enclosed in a postage-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

        Mitchell J. Baker, Esq.
       Baker, Leshko, Saline & Blosser, LLP
         *Attorneys for Plaintiffs*
        One North Lexington Avenue
        White Plains, NY  10601

          /s/ Carol-Ann Stanley
           Carol-Ann Stanley

Sworn to before me this
<u>6th</u> day of August, 2007.

<u>/s/ Elisha McCutcheon</u>
Notary Public State of New York
No. 01MC6118817
Qualified in Bronx County
My Commission Expires Nov. 22, 2008