**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiffs*
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**

RECEIVED
SEP 2 8 2007
USDC-WP-SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

VALERIE A. SCHER and                        :
PRESTON S.SCHER,                                      07 Civ. 3847 (WP4) (KMK)

                                            :

                    Plaintiffs,             :

        -against-                           :        **STIPULATION/ORDER**

                                            :

SANDALS RESORTS
INTERNATIONAL LTD. and                      :
UNIQUE VACATIONS, INC.

                                            :        USDS SDNY
                    Defendant.                       DOCUMENT
                                                     ELECTRONICALLY FILED
                                                     DOC #: _____
-------------------------------------------- x       DATE FILED: _____

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the Defendants herein will not raise any personal or subject matter jurisdictional

defense to this action and hereby withdraw their Thirteenth and Fourteenth defenses as it

applies to this action only.

Dated: White Plains, New York
        September 4, 2007

DAY PITNEY, LLP                     BAKER LESHKO SALINE & BLOSSER, LLP
*Attorneys for Defendants*          *Attorneys for Plaintiffs*

By: _____           By: _____
David B. Newman (DN-9577)           Mitchell J. Baker (MB-4339)
7 Times Square                      One North Lexington Avenue
New York, NY 10036                  White Plains, NY 10601

*Stipulation/Order in Scher v. Sandals Resorts International Ltd. – 07 Civ. 3847
(KMK) (continued)*

SO ORDERED:

U. S. D. C. J.

09 - 28 - 07