David B. Newman (DN9577)
Amish R. Doshi (AD5996)
**DAY PITNEY LLP**
7 Times Square
New York, New York  10036
Telephone: 212 297-5800
Facsimile:  212-916-2940

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALERIE SCHER AND PRESTON S. SCHER,<br><br>Plaintiff,<br><br>-against-<br><br>SANDALS RESORTS INTERNATIONAL, Ltd., SANDALS ROYAL CARIBBEAN LIMITED, and UNIQUE VACATIONS, INC.,<br><br>Defendants. | CASE NO. 07 CIV 3847<br><br>**ANSWER TO**<br>**AMENDED  COMPLAINT** |

Defendants, Sandals Resorts International, Ltd., Sandals Royal Caribbean Limited and Unique Vacations, Inc., by and through their counsel Day Pitney, LLP, as and for their Answer to the Amended Complaint, state as follows:

1. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 1 of the Amended Complaint.

2. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 2 of the Amended Complaint.

3. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 3 of the Amended Complaint.

4. Deny knowledge or information sufficient to form a belief as to the truth to the

allegations contained in paragraph 4 of the Amended Complaint.

5. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 5 of the Amended Complaint.

6. Admit the allegations contained in paragraph 6 of the Amended Complaint.

7. Admit the allegations contained in paragraph 7 of the Amended Complaint.

8. Deny the allegations contained in paragraph 8 of the Amended Complaint.

9. Admit the allegations contained in paragraph 9 of the Amended Complaint.

10. Admit the allegations contained in paragraph 10 of the Amended Complaint.

11. Admit the allegations contained in paragraph 11 of the Amended Complaint.

12. Deny the allegations contained in paragraph 12 of the Amended Complaint, except admit that Unique provides marketing and reservations services to a group of hotels which trade under the names Sandals and Beaches.

13. Admit the allegations contained in paragraph 13 of the Amended Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 14 of the Amended Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 15 of the Amended Complaint.

16. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 16 of the Amended Complaint.

17. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 17 of the Amended Complaint.

18. Deny the allegations contained in paragraph 18 of the Amended Complaint.

19. Deny knowledge or information sufficient to form a belief as to the truth to the

allegations contained in paragraph 19 of the Amended Complaint.

20. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 20 of the Amended Complaint.

21. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 21 of the Amended Complaint.

22. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 22 of the Amended Complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 23 of the Amended Complaint.

24. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 24 of the Amended Complaint.

25. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 25 of the Amended Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 27 of the Amended Complaint.

27. Deny the allegations contained in paragraph 27 of the Amended Complaint.

28. Deny the allegations contained in paragraph 28 of the Amended Complaint.

29. Deny the allegations contained in paragraph 29 of the Amended Complaint.

30. Deny knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 30 of the Amended Complaint.

31. Repeat and reallege the responses to the allegations contained in paragraph 31 of the Amended Complaint.

32. Deny the allegations contained in paragraph 32 of the Amended Complaint.

33. Deny the allegations contained in paragraph 33 of the Amended Complaint.

34. Deny the allegations contained in paragraph 34 of the Complaint.

### FIRST DEFENSE

35. This cause governed by the law of another jurisdiction and is subject to the limitations and restrictions of liability and damages provided herein.

### SECOND DEFENSE

36. The loss alleged was caused in whole or in part by the negligence of others, not responding defendants, the said entities to e further identified by amendment hereto based upon discovery to be taken in this cause.

### THIRD DEFENSE

37. The acts or omissions of responding defendants, if any there be, were not the proximate or legal cause of the loss alleged.

### FOURTH DEFENSE

38. The loss alleged was caused by superseding or intervening acts, not by the acts or omissions of responding defendants, if any there be.

### FIFTH DEFENSE

39. The loss alleged was not foreseeable by responding defendants.

### SIXTH DEFENSE

40. This cause should be dismissed or alternatively transferred pursuant to the doctrine of forum non conveniens to be more fully set forth by motion upon the discovery in this cause.

### SEVENTH DEFENSE

41. Responding defendants are entitled to a credit or set-off for liability and fault

attributed to others.

### EIGHTH DEFENSE

42. Responding defendants are entitled to a credit or set-off for all monies and benefits received from collateral sources.

### NINTH DEFENSE

43. The Amended Complaint fails to state a cause of action as to responding defendants.

### TENTH DEFENSE

44. Venue is not properly within this Judicial District.

### ELEVENTH DEFENSE

45. Some or all of the responding defendants do not own or operate the resort where the incident is alleged to have taken place.

### TWELFTH DEFENSE

46. This court does not have personal jurisdiction over responding defendants.

### THIRTEENTH DEFENSE

47. The Court lacks subject matter jurisdiction over responding defendants.

### FOURTEENTH DEFENSE

48. The Complaint fails to join all parties necessary for a just adjudication.

### FIFTEENTH DEFENSE

49. This cause should be dismissed as plaintiff signed a release of liability.

**WHEREFORE**, Defendants respectfully request judgment dismissing the Amended Complaint, together with an award of costs and such further relief as the Court deems proper.

Dated: November 13, 2007

                    DAY PITNEY LLP
                    Attorneys for Defendants

By:    ___/s/ David B. Newman_____
           David B. Newman (DN9577)
           Amish R. Doshi (AD5996)
           7 Times Square
           New York, New York  10036
           Telephone:  (212) 297-5832