# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NEW YORK 10601
### 914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

November 16,  2007

## SCHEDULING ORDER
07CV3847(KMK)(LMS)

Mitchell John Baker
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311



The matter of    **SCHER-V-SANDALS**    has been  **re- scheduled**

for *telephone  conference* before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from   11/26/07  at 9:45AM    to    *November 26, 2007 at 4:00PM*

## NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

So Ordered:

Lisa Margaret Smith
United States Magistrate Judge